UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOANNA P. MATTSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MILLIMAN, INC., et al.,

Defendants.

C22-37 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 13, the deadline for defendants to file a responsive pleading or motion is EXTENDED to March 18, 2022. If a responsive motion is filed, it shall be noted for Friday, May 27, 2022, with any response to such motion due by Friday, April 29, 2022, and any reply due by Monday, May 23, 2022.

(2) The deadlines set forth in the Minute Order entered January 18, 2022, docket no. 3, are sua sponte EXTENDED as follows:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 3, 2022 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | June 17, 2022 |
| Combined Joint Status Report and Discovery Plan | June 17, 2022 |

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of February, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1