UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOANNA P. MATTSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MILLIMAN, INC., et al.,

Defendants.

C22-37 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for appointment of interim class counsel, docket no. 16, is DENIED without prejudice. Federal Rule of Civil Procedure 23(g)(3) permits the Court to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Appointment of interim counsel is prudent when a number of "overlapping, duplicative, or competing suits" are pending or different lawyers are competing for appointment as class counsel. Federal Judicial Center, MANUAL FOR COMPLEX LITIGATION, § 21.11 (4th ed. 2004). On the other hand, when the attorneys who filed the lawsuit are likely to be the only ones seeking to serve as class counsel, as is currently the situation in this matter, designation of interim counsel is unnecessary. *See id.*; *see also In re Nest Labs Litig.*, No. 14-cv-1363, 2014 WL 12878556 (N.D. Cal. Aug. 18, 2014).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of March, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1