UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNA P. MATTSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLIMAN, INC., et al.,<br><br>Defendants. | C22-37 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Minute Order entered February 14, 2022, docket no. 15, defendants' recently filed motion to dismiss, docket no. 34, is RENOTED to May 27, 2022. Any response and any reply shall be due in accordance with the prior Minute Order, docket no. 15. As indicated in Local Civil Rule 7(b)(4), "[u]nless otherwise ordered by the court, all motions will be decided by the court without oral argument. Counsel shall not appear on the date the motion is noted unless directed by the court. . . . If a request for oral argument is granted, the clerk will notify the parties of the date and time for argument."

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of April, 2022.

                                                Ravi Subramanian
                                                Clerk

                                                s/Gail Glass
                                                Deputy Clerk

MINUTE ORDER - 1