UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNA P. MATTSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MILLIMAN, INC., et al.,<br><br>　　　　　　　Defendants. | C22-37 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　　Defendants' unopposed motion, docket no. 45, is GRANTED as follows:

　　　　　(a)　　Any pleading or motion responsive to plaintiff's Amended Complaint, docket no. 44, shall be filed by September 30, 2022; and

　　　　　(b)　　If a Rule 12 motion is filed, it shall be noted for December 2, 2022, any response shall be due on November 4, 2022, and any reply shall be filed by the noting date.

　　　(2)　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 2nd day of September, 2022.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1