UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOANNA P. MATTSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MILLIMAN, INC., et al.,

Defendants.

C22-0037 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The Court GRANTS Plaintiff's unopposed motion, docket no. 108, for modification of the Court's previous Order, docket no. 106, on Plaintiff's motion to certify class, appoint a class representative, and appoint class counsel. The Court's previous Order is MODIFIED as follows:

   (a)   Charles Field of Sanford Heisler Sharp, LLP is APPOINTED as Class Counsel in place of David Sanford. David Sanford will no longer serve as Class Counsel.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of October, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1