UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOANNA P. MATTSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MILLIMAN, INC., et al.,

Defendants.

C22-0037 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. Mediation shall be completed no later than February 29, 2024, and a letter of compliance shall be filed with the Court no later than March 7, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1