UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNA P. MATTSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLIMAN, INC., et al.,<br><br>Defendant. | C22-0037 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is ORDERED to submit physical, single-sided, three-hole punched, and tabbed courtesy copies of the following documents to the Clerk's Office no later than January 25, 2024:

    (a) Any produced expert reports and complete deposition transcripts, including exhibits, of Horacio A. Valeiras.

    (b) Any produced expert reports and complete deposition transcripts, including exhibits, of Dr. Arthur B. Laffer.

(2) Defendants are ORDERED to submit physical, single-sided, three-hole punched, and tabbed courtesy copies of the following documents to the Clerk's Office no later than January 25, 2024:

    (a) Any produced expert reports and complete deposition transcripts, including exhibits, of Dr. Jennifer Conrad.

MINUTE ORDER - 1

(b)     Any produced expert reports and complete deposition transcripts, including exhibits, of L. Charles Meythaler.

(3)     Plaintiff is ORDERED to submit physical, double-sided, three-hole punched, and tabbed courtesy copies of the following documents to the Clerk's Office no later than January 29, 2024:

(a)     The declaration and exhibits at docket number 125, excluding any exhibits after docket number 125-62.

(4)     Defendants are ORDERED to submit physical, double-sided, three-hole punched, and tabbed courtesy copies of the following documents to the Clerk's Office no later than January 29, 2024:

(a)     Complete copies of the declarations and all exhibits at docket numbers 114, 115, 116, 117, and 137.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2