UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNA P. MATTSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLIMAN, INC., et al.,<br><br>Defendants. | C22-0037 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendants' motion for reconsideration, docket no. 150, is DENIED. The Second Circuit's opinion in *Falberg v. Goldman Sachs Group, Inc.*, No. 22-2689-cv, 2024 WL 619297 (2d Cir. Feb. 14, 2024), does not eliminate the genuine issues of material fact that preclude summary judgment in this case.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2024.

                                                  Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 1