UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNA P. MATTSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MILLIMAN, INC., et al.,<br><br>　　　　　　　Defendant. | C22-0037 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court RENOTES Plaintiff's motion for clarification of class period and supplementation of discovery, docket no. 161, to March 15, 2024. Any response must be filed by the new noting date. No reply is to be filed unless ordered by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2024.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1