# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNA P. MATTSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MILLIMAN, INC.,<br><br>　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-0037 TSZ |

\_\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby ENTERED in favor of defendant Milliman, Inc. and against plaintiff Joanna P. Mattson and the Class, defined as:

> All participants and beneficiaries of the Milliman, Inc. Profit Sharing and Retirement Plan ("the Plan") who invested in any of the following funds: the Unified Trust Wealth Preservation Strategy Target Growth Fund, the Unified Trust Wealth Preservation Strategy Target Moderate Fund, and/or the Unified Trust Wealth Preservation Strategy Target Conservative Fund, during the period from January 13, 2016, through October 16, 2023 (the "Class Period"), but excluding Defendants Milliman, Inc. ("Milliman"), The Milliman Investment Committee, the Milliman, Inc. U.S. Retirement Committee (collectively, "the Milliman Defendants"), and any of their directors or members, and any officers or employees of the Milliman Defendants with responsibility for the Plan's investment or administrative function,

on Mattson and the Class's claims against Milliman, Inc. for breach of the fiduciary duty of prudence in violation of 29 U.S.C. § 1104, Am. Compl. at ¶¶ 217–27 (docket no. 44),

breach of the fiduciary duty of loyalty in violation of 29 U.S.C. § 1104 , *id.*, and failure to monitor, *id.* at ¶¶ 228–33, and those claims are DISMISSED with prejudice.  Milliman, Inc. may tax costs in the manner set forth in Local Civil Rule 54(d).

    Dated this 30th day of July, 2024.

                                               <u>Ravi Subramanian</u>
                                               Clerk

                                             <u>s/Laurie Cuaresma</u>
                                             Deputy Clerk